UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM DEAN BAKER,

        Plaintiff,

v.

DONNA VANDERARK et al.,

        Defendants.
_____/

Case No.: 1:07-cv-4

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court. Therefore,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #58) is **GRANTED** and Plaintiff's action is **DISMISSED**.

Dated: July 17, 2008

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge